# FILED

03/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0073

IN THE SUPREME COURT OF THE
STATE OF MONTANA

CAUSE NO. DA-22-0073

KEVIN R. FROST,

Defendant and Appellant,

vs.

21st CENTURY NORTH AMERICA INSURANCE COMPANY AND
FARMERS INSURANCE EXCHANGE,

Plaintiffs and Appellees.

---

## ORDER GRANTING EXTENSION OF TIME

---

On appeal from the Montana Twenty-First District Court, Ravalli County Cause
No. DV-20-298, the Honorable Jason Marks Presiding,

---

| | |
|---|---|
| Dustin M. Chouinard | Dale R. Cockrell |
| MARKETTE & CHOUINARD P.C. | Eric M. Brooks |
| 601 South First Street-P.O. Box 515 | MOORE, COCKRELL, |
| Hamilton, MT 59840 | GOICOECHEA & JOHNSON, P.C. |
| (406) 363-1110 | P.O. Box 7370 |
| DustinC@mcpcattorneys.com | Kalispell, MT 59904-0370 |
| | (406) 751-6000 |
| | dcockrell@mcgalaw.com |
| | ebrooks@mcgalaw.com |
| | |
| Appearing on a Limited Basis | |
| For Appellant Kevin Frost | For Appellees |

1

Upon Appellant's Unopposed Motion for Extension of Time, and good cause shown,

IT IS HEREBY ORDERED THAT the Motion is GRANTED. Appellant shall file his Opening Brief on or before May 4, 2022.

DATED this _____ day of March, 2022.

By:_____
                    Justice

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 29 2022